** JUDGMENT — REVENUE FUND ** THE DEPARTMENT OF CORRECTIONS MAY PAY A JUDGMENT RENDERED IN 1979 FOR BACK WAGES OF AN EMPLOYEE HELD TO HAVE BEEN INCURRED DURING PRIOR FISCAL YEARS FROM LEGALLY AVAILABLE GENERAL REVENUE MONEY APPROPRIATED TO THE DEPARTMENT FOR FISCAL YEAR 1979. (PAST YEAR, EARLIER YEAR, PAST FISCAL YEAR) CITE: ARTICLE X, SECTION 26, 62 O.S. 9.1 [62-9.1], OPINION NO. 77-227 (MANVILLE T. BUFORD)